Roberto Garrido Vanderia P680506
_____
Name and Prisoner/Booking Number

**Fourth Avenue Jail**
_____
Place of Confinement

**201 S. 4th Avenue**
_____
Mailing Address

**Phoenix, AZ  85003**
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☑ FILED     ___ LODGED
___ RECEIVED   ___ COPY

SEP 1 0 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Roberto Garrido Vanderia           )
_____,   )
(Full Name of Plaintiff)           )
                        Plaintiff,  )
                                    )
            vs.                     )
                                    )   **CV10 1954 PHX FJM MEA**
(1)  Dustin Hooker                  )
_____,   )   CASE NO. CR 2010-120470-001
(Full Name of Defendant)           )        (To be supplied by the Clerk)
(2)  Christopher Desgeorge          )
_____,   )
                                    )
(3)                                 )
_____,   )   **CIVIL RIGHTS COMPLAINT**
                                    )        **BY A PRISONER**
                                    )
(4)                                 )
_____,   )   ☒ Original Complaint
                        Defendant(s). )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.   )   ☐ Second Amended Complaint

## A.  JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
       ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
       ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
       ☐ Other: _____.

2.   Institution/city where violation occurred: _Phoenix Arizona._

**550/555**

| **PLEASE READ INSTRUCTIONS PRIOR TO FILLING OUT FORMS.** |
| **INSTRUCTIONS ARE IN BACK OF THIS PACKET.** |

## B. DEFENDANTS

1. Name of first Defendant: _Roberto Jerardo_. The first Defendant is employed as:
_in feild for watermelon_ at _Phoenix Maricopa_.
(Position and Title) (Institution)

2. Name of second Defendant: _Ovideo Jimenez_. The second Defendant is employed as:
_land scaping_ at _Phoenix Arizona_.
(Position and Title) (Institution)

3. Name of third Defendant: _NO_. The third Defendant is employed as:
_NONE_ at _NONE_.
(Position and Title) (Institution)

4. Name of fourth Defendant: _NO_. The fourth Defendant is employed as:
_NONE_ at _NONE_.
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _NO_ Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Roberto Jerrido._ v. _Christopher Desberate_
      2. Court and case number: _CR2010-120470-001_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Yes_

   b. Second prior lawsuit:
      1. Parties: _NO_ v. _NO_
      2. Court and case number: _NO_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _NO_

   c. Third prior lawsuit:
      1. Parties: _NO_ v. _NO_
      2. Court and case number: _NO_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _NO_

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: _Liberty and the right to live in Peace._

2.  **Count I**. Identify the issue involved. Check **only one**. State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☒ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____ _NO_

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _Phoenix Arizona Police Officers damaged me by lifting me off the ground and droping me back to the ground by the hand cuffs that bound my wrists. They also were shining light into my eyes constantly lifting and droping me._

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _right side wrist damaged also left side index finger damaged now inoperable also constant and considerable pain while trying to use my left hand. I cannot even make a fist_

5.  **Administrative Remedies:**

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No

    b.  Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No

    c.  Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No

    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _This action is the only one available to me at this time._

3

**COUNT II**

1.   State the constitutional or other federal civil right that was violated: _Liberty 3rd_
_The right to live in PEACE._

2.   **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☒ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_Phoenix Arizona Police Officers drug me by the handcuffs_
_After lifting and droping me several times damaging both of my_
_Knees._

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_My right Knee is damaged to the point it restricts my work_
_capabilities and causes severe pain._

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☒ No
   b.   Did you submit a request for administrative relief on Count II?      ☒ Yes   ☐ No
   c.   Did you appeal your request for relief on Count II to the highest level?      ☐ Yes   ☒ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _this is the only action available to me at this time._

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _Liberty and_
_The right To live in PEACE._

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

☒ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_Phoenix Arizona Police officers tackled and beat me for several_
_minutes. The beating consisted of kicks to my ribs and head, Also_
_Knees to my body arms and head, I was Knocked uncontious_
_for a time, and I didn't Know what was going on. Then they_
_drug me to the police car._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_An injury to my head caused by Phoenix Arizona Police officers_
_has caused me to be placed on phyciatric medication, because_
_since the incident I hear voices and I am trematized._

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes    ☒ No

   b. Did you submit a request for administrative relief on Count III?      ☒ Yes    ☐ No

   c. Did you appeal your request for relief on Count III to the highest level?      ☐ Yes    ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _This is the only action available to me at_
   _this time._

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Do to My inability to work being a direct result of the actions of Phoenix Arizona Police I seek a monetary relief to sustain a living I could have procured myself if not for these injuries, in the amount of EIGHT Million Dollars-$8,000,000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8-30-10___
　　　　　　　　DATE

_Roberto Gerardo Vendetie_
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____ SIGNATURE OF PLAINTIFF

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF


## C E R T I F I C A T I O N


I hereby certify that on this date ____ September 8, 2010 _____,

I ____ filed __√__ mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.


I further certify that copies of the original have been forwarded to:


____ Hon _____United States District Court, District of Arizona.

____ Hon_____United States District Court, District of Arizona.

____ Attorney General, State of Arizona.

____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

____ County Attorney_____, Maricopa County, State of Arizona,

____ Public Defender _____, Maricopa County, State of Arizona.

____ Attorney _____

____ _____


INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                    06/02/08



P680506

MARICOPA COUNTY SHERIFF'S OFFICE
INMATE LEGAL SERVICES
201 S. 4th AVENUE
PHOENIX, AZ 85003

**RECEIVED**

SEP 1 0 2010

RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court Clerk
U.S. Courthouse, Suite 130
401 W. Washington Street, SPC 10
Phoenix, AZ  85003